[No. 15438–9–I.  Division One.  July 15, 1985.]

JANE L. SCHWARTZ, *Petitioner,* v. THE SEATTLE PSYCHO–
ANALYTIC INSTITUTE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 850697, James D. McCutcheon, Jr., J., entered September 5, 1984. *Granted in part* and *denied in part* by unpublished per curiam opinion.